UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 25-62222-CIV-HUNT

DONNAHUE GEORGE,

          Plaintiff,

vs.

SAMUEL BANKMAN-FRIED, et al.,

          Defendants.
_____/

**ORDER REGARDING MAGISTRATE JUDGE JURISDICTION
AND OPTION FOR CASE REASSIGNMENT TO DISTRICT JUDGE**

Pursuant to Administrative Order 2025-11, the undersigned United States Magistrate Judge has been randomly assigned as the presiding Judge for all purposes in this case, including entering a dispositive order, presiding over any trial, and entering a final judgment. A Magistrate Judge may conduct all such proceedings in a civil action, **if all parties consent**.[1] However, any party may withhold consent without any adverse consequences.

If all parties consent to have the case handled by this U.S. Magistrate Judge, then the undersigned will enter all orders, preside over any trial, and render a final decision and judgment in the case. Any appeal of a judgment must be taken directly to the Eleventh Circuit Court of Appeals.

---

[1] *See* Federal Rule of Civil Procedure Rule 73 (a Magistrate Judge may, if all parties consent, conduct a civil action or proceeding, including a jury or nonjury trial); 28 U.S.C. § 636(c)(1) ("Upon consent of the parties," a Magistrate Judge "may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case.").

Any party, however, may withhold consent, or "opt out" of consent jurisdiction, by filing a motion for case reassignment by the date set forth below. *See* Administrative Order 2025-11 ("Any party who objects to the assignment of a Magistrate Judge as the presider may opt out by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge.").[2]  Upon such motion, a United States District Judge will be assigned to preside over this case (including any trial) and enter any dispositive order and final judgment.  Nevertheless, the undersigned United States Magistrate Judge will remain on the case and will enter any orders and/or report and recommendations on any matters referred by the District Judge.

A party may file a motion for reassignment within **14 days** from the date of this Order (or, in the case of a defendant, within 14 days from the filing of any document with the Court).  A party who continues to file documents in the case after that date without filing a motion for case reassignment shall be deemed to have consented to Magistrate Judge jurisdiction over all aspects of the litigation, including any trial and the entry of a dispositive order and final judgment.  *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on the 7th of November 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

---

[2] The motion does not need to be supported by a memorandum of law and does not require a Local Rule 7.1(a)(3) conferral certification.

cc: Donnahue George
1012 NW 2nd Street
Fort Lauderdale, FL 33311
PRO SE