**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-62222-Civ-PMH

**DONNAHUE GEORGE,**

    **Plaintiff,**

  *v.*

**SAMUEL BANKMAN-FRIED, ET AL.,**

    **Defendants.**
_____/

**DTCC AND FINRA'S REPLY IN SUPPORT OF MOTION
TO STAY REQUIREMENTS OF LOCAL RULE 16.1 (ECF 26)**

Even though Plaintiff George has not served five of seven defendants, he argues that the requirements of Local Rules 16.1 should not be stayed or, alternatively, only a narrow stay is appropriate.[1] ECF 28. While acknowledging that the PSLRA mandates a stay of discovery, Plaintiff George argues, without any legal citation, that "staying Local Rule 16.1 undermines early case management, increases delay, and repeats the very procedural instability that Local Rule 16.1 is designed to prevent." *Id.*

If anything creates delays or procedural instability, it is Plaintiff's failure to serve all of the defendants in an expeditious manner.[2] The primary purpose of Local Rule 16.1 is to establish a discovery schedule. S.D. Fla. L.R. 16.1(b)(2) ("The attorneys of record and all unrepresented

---

[1] Summonses for all defendants were issued November 4, 2025. ECF 5. No indication exists in the docket entries of the status of service on five defendants.

[2] In the meantime, DTCC and FINRA have done nothing to delay this case. Both executed waivers of service and timely filed motions to dismiss, which are now fully briefed, without requesting any extensions of time.

1

parties that have appeared in the case are jointly responsible for submitting to the Court … a written report outlining the discovery plan ….").  Plaintiff George does not make a sensible argument to rebut the fact that it is impractical, if not futile, to confer and create a discovery schedule when the PSLRA mandates a stay and five defendants have not been served.

January 27, 2026                                                         Respectfully submitted,

*/s/ Curtis Carlson*
Curtis Carlson
FBN 236640
**CARLSON & ASSOCIATES, P.A.**
2655 S. Le Jeune Road, Ste. 1108
Coral Gables, FL 33134
Tel: 305-372-9700
E-mail: carlson@carlson-law.net

Gregory M. Boyle (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel: 312-923-2651
E-mail: GBoyle@jenner.com

*Attorneys for Defendant The Depository Trust & Clearing Corporation*

*/s/ David S. Mandel*
David S. Mandel
FBN 38040
**MANDEL & MANDEL LLP**
1680 Michigan Avenue, Ste. 700
Miami Beach, FL 33139
Tel: 305-374-7771
E-mail: dsm@mandel.law

*Attorney for Defendant Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, thereby serving all counsel of record with active ECF filing status. I further certify that on January 27, 2026, after effectuating electronic filing, I will cause to be served a copy of the foregoing document via email and U.S. mail upon the following:

Donnahue George
1012 N.W. 2nd Street
Fort Lauderdale, FL 33311
Dated: January 16, 2026

                                                  /s/ Curtis Carlson
                                                  Curtis Carlson