**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

Case No. 0:25-cv-62222-PMH

DONNAHUE GEORGE,
Plaintiff,

v.

SAMUEL BANKMAN-FRIED, et al.,
Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS**

Plaintiff Donnahue George, proceeding pro se, respectfully moves this Court for an extension of time to complete service of process on Defendants **Samuel Bankman-Fried** and **Caroline Ellison**, and states as follows:

## I. BACKGROUND

1. Plaintiff filed this action on **November 4, 2025**. (ECF No. 1).
2. On **December 16, 2025**, Plaintiff filed a **Motion Requesting Service by the United States Marshals Service for Defendants Samuel Bankman-Fried and Caroline Ellison.** (ECF No. 15).
3. That motion remains **pending and has not yet been ruled upon by the Court.**
4. Because the Court has not yet issued an order authorizing U.S. Marshal service, Plaintiff has been unable to complete service on these Defendants.
5. Plaintiff has acted diligently in attempting to effect service and filed the request for Marshal service well within the service period.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure **4(m)** provides that if a defendant is not served within 90 days after the complaint is filed, the court **must extend the time for service if the plaintiff shows good cause.**

The Eleventh Circuit has recognized that courts possess broad discretion to extend service deadlines, particularly where delays occur due to circumstances outside the plaintiff's control. See **Lepone-Dempsey v. Carroll County Comm'rs, 476 F.3d 1277, 1281 (11th Cir. 2007).**

## III. GOOD CAUSE EXISTS FOR EXTENSION

6. Plaintiff timely filed a motion requesting service by the **United States Marshals Service**.
7. The Court has not yet ruled on that motion.
8. Because service through the Marshals Service requires a court order, Plaintiff cannot complete service until the Court resolves the pending motion.
9. The delay in service therefore results from **pending judicial action**, not from any lack of diligence by Plaintiff.
10. Courts routinely find good cause to extend service deadlines when service is delayed due to unresolved motions or court procedures.
11. Extending the service deadline will not prejudice any Defendant and will ensure that service is completed in accordance with the Court's instructions.

## IV. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. **Extend the deadline for service of process under Federal Rule of Civil Procedure 4(m)** for Defendants **Samuel Bankman-Fried** and **Caroline Ellison**; and
2. Grant Plaintiff **60 additional days after the Court rules on Plaintiff's Motion for U.S. Marshal Service (ECF No. 15)** to complete service.

## V. CONCLUSION

Plaintiff acted diligently by requesting U.S. Marshal service. Because that motion remains pending, good cause exists under Rule 4(m) to extend the service deadline.

For these reasons, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

*Donnahue George*
1012 NW 2nd Street
Fort Lauderdale, Florida 33311
Telephone: (347) 216-5257
Email: DonnahueGeorge@gmail.com
Plaintiff, Pro Se

Date: 6/March, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

Donnahue George
Plaintiff, Pro Se