UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62222-PMH

DONNAHUE GEORGE,
Plaintiff,

v.

SAMUEL BANKMAN-FRIED, et al.,
Defendants.



FILED BY _____ D.C.

MAR 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

**PLAINTIFF'S MOTION TO REQUEST IMMEDIATE RULING ON PRELIMINARY INJUNCTION AND RELATED RELIEF**

Plaintiff, **Donnahue George**, proceeding pro se, respectfully moves this Court to issue a ruling on Plaintiff's pending Motion for Preliminary Injunction, and in support states:

---

## I. INTRODUCTION

Plaintiff filed a **Motion for Preliminary Injunction** on **November 4, 2025** (ECF No. 3), seeking urgent and time-sensitive relief.

The motion has been **fully briefed since January 5, 2026**, pursuant to the Court's scheduling order (ECF No. 12).

Despite the passage of **over four months since filing** and **over two months since briefing was completed**, the Court has not issued a ruling or scheduled a hearing.

Because preliminary injunctive relief is designed to address **immediate and irreparable harm**, continued delay effectively denies Plaintiff meaningful relief.

---

## II. PROCEDURAL HISTORY

- **November 4, 2025** – Plaintiff filed Motion for Preliminary Injunction (ECF No. 3)
- **December 1, 2025** – Court ordered responses due by January 5, 2026 (ECF No. 12)
- **January 5, 2026** – Defendants' responses filed

- Present – No ruling or hearing has been issued

Additionally, Plaintiff has raised issues regarding **service of process**, including the need for **U.S. Marshal service on Defendant Samuel Bankman-Fried**, who is currently incarcerated and unable to be served through ordinary means.

## III. LEGAL STANDARD

A preliminary injunction is an **extraordinary remedy** intended to prevent irreparable harm before final adjudication.

See:

- *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008)
- *Canal Auth. of State of Fla. v. Callaway*, 489 F.2d 567, 572 (5th Cir. 1974)

Courts recognize that motions for preliminary injunction require **prompt judicial consideration** due to their time-sensitive nature.

See:

- *Camenisch v. University of Texas*, 451 U.S. 390, 395 (1981)
  ("The purpose of a preliminary injunction is merely to preserve the relative positions of the parties until a trial on the merits can be held.")

Delay in ruling on a preliminary injunction may effectively **nullify the relief sought**, particularly where ongoing harm is alleged.

## IV. ARGUMENT

### A. The Motion Has Been Fully Briefed and Is Ripe for Decision

There are no outstanding filings preventing the Court from ruling. The Motion for Preliminary Injunction has been fully submitted since **January 5, 2026**.

### B. Continued Delay Undermines the Purpose of Injunctive Relief

Preliminary injunctions exist to address **immediate and irreparable harm**.

A delay of several months after full briefing risks rendering the requested relief **moot or ineffective.**

See:

- *Citibank, N.A. v. Citytrust*, 756 F.2d 273, 276 (2d Cir. 1985) (Delay in seeking or granting injunctive relief may undermine claims of urgency and irreparable harm)

Here, Plaintiff continues to suffer ongoing harm while awaiting a ruling.

## C. The Court May Rule Without a Hearing or Alternatively Set One

The Court has discretion to:

- Rule on the motion based on the record, OR
- Schedule a prompt hearing

See Fed. R. Civ. P. 65.

Plaintiff respectfully requests that the Court exercise that discretion to move this matter forward.

## D. Service Issues Further Justify Court Intervention

Plaintiff has also encountered delays in effecting service, particularly with respect to **Defendant Samuel Bankman-Fried**, who is incarcerated.

Under **Federal Rule of Civil Procedure 4(c)(3)**, the Court may order that service be made by the **United States Marshal.**

Resolution of this issue is necessary to ensure the case proceeds efficiently.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Issue a ruling** on Plaintiff's Motion for Preliminary Injunction (ECF No. 3);
2. **Alternatively, schedule a prompt hearing** on the Motion;
3. **Address the issue of service**, including ordering U.S. Marshal service pursuant to Rule 4(c)(3) if appropriate;

4. **Grant any other relief** the Court deems just and proper.

## VI. CONCLUSION

Plaintiff respectfully submits that the Motion for Preliminary Injunction has been pending for a substantial period of time and is fully ripe for adjudication.

Prompt resolution is necessary to preserve the integrity of the relief sought and prevent further harm.

Respectfully Submitted,

March 18, 2026

Donnahue George
1012 NW 2nd St
Fort Lauderdale, FL 33311
Email: donnahuegeorge@gmail.com
Phone: 347-216-5257
**Pro Se Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18 day of March , 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

Donnahue George
Plaintiff, Pro Se