**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-62222-Civ-PMH**

**DONNAHUE GEORGE,**

**Plaintiff,**

**v.**

**SAMUEL BANKMAN-FRIED, ET AL.,**

**Defendants.**
**__________________________________/**

## NOTICE OF NINETY DAYS EXPIRING

Pursuant to Southern District of Florida Local Rule 7.1(b)(4), Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), respectfully provides notice that the following motion has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

(i) Motion. FINRA's Motion to Dismiss the Amended Complaint [ECF No. 38] filed and served on April 20 2026.

(ii) Response. Plaintiff's deadline to file a response to the motion was May 4, 2026, however, Plaintiff did not file a response.[1]

(iii) Hearing. No hearing on the motion has been set or held.

The ninety days from the completion of briefing therefore expired on August 3, 2026. This notice is timely because it has been filed within 14 days of that date as required by Local Rule 7.1(b)(4).

[1] We also note that no response was filed with regard to Defendant Depository Trust & Clearing Corporation's motion to dismiss [ECF No. 40], which has been similarly pending for more than ninety days.

Respectfully submitted,

/s/David S. Mandel
David S. Mandel
FBN 38040
**MANDEL & MANDEL LLP**
1680 Michigan Avenue, Suite 700
Miami Beach, FL 33139
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Defendant,*
*Financial Industry Regulatory Authority*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 4, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record; additionally, a copy of the foregoing was sent by US mail to George at 1012 N.W. 2nd Street, Fort Lauderdale, FL 33311.

*David S. Mandel*